```
1  BENJAMIN B. WAGNER
   United States Attorney
2  JASON HITT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Mag. No. 2:13-mj-0021 EFB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING |
| v. | PRELIMINARY HEARING AND EXCLUDING TIME |
| OMAR VERA, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, counsel for the plaintiff United States of America, and defendant Omar VERA, by and through his counsel Michael Petrik, Esq., defendant Jose MORALES-CASTELLON, by and through his counsel Kyle Knapp, Esq., defendant Jose ANAYA, by and through his counsel Michael Hansen, Esq., and defendant Eduardo REYES, by and through his counsel Ron Peters, Esq., that good cause exists to extend the preliminary hearing currently set for February 11, 2013, at 2:00 p.m. to February 19, 2013, pursuant to Federal Rule of Criminal Procedure 5.1(d).

Good cause exists to extend the time for the preliminary hearing within meaning of Rule 5.1(d) because each defendant has

1

been provided initial discovery, including audio and video evidence, as well as written reports from meetings alleged in the Criminal Complaint. For these reasons, the defendant agrees that a continuance of the preliminary hearing date will not prejudice them.

The parties further stipulate that the ends of justice are served by the Court excluding time from February 11, 2013, to February 19, 2013, so that counsel for each defendant may have reasonable time necessary for effective preparation of the defense, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, the defense agrees that it needs additional time to review the discovery and engage in discussions with the government regarding possible resolution of the case against each defendant, effectively evaluate the posture of the case, and conduct further investigation into mitigation of the each defendant's federal sentencing exposure. <u>Id.</u> For these reasons, each defendant and their defense counsel, as well as the government stipulate and agree that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A); Local Code T4.

DATED: February 6, 2013         /s/Jason Hitt
                                JASON HITT
                                Assistant U.S. Attorney

DATED: February 6, 2013         /s/Jason Hitt for Mr. Petrik
                                MICHAEL PETRIK, ESQ.
                                Counsel for defendant
                                OMAR VERA
                                Authorized to sign for Mr.
                                Petrik on 02-06-13

```
 1  DATED: February 6, 2013        /s/Jason Hitt for Mr. Knapp
                                   KYLE KNAPP, ESQ.
 2                                 Counsel for defendant
                                   JOSE MORALES-CASTELLON
 3                                 Authorized to sign for Mr.
                                   Knapp on 02-06-13
 4

 5  DATED: February 6, 2013        /s/Jason Hitt for Mr. Hansen
                                   MICHAEL HANSEN, ESQ.
 6                                 Counsel for defendant
                                   JOSE ANAYA
 7                                 Authorized to sign for Mr.
                                   Hansen on 02-06-13
 8

 9  DATED: February 6, 2013        /s/Jason Hitt for Mr. Peters
                                   RON PETERS, ESQ.
10                                 Counsel for defendant
                                   EDUARDO REYES
11                                 Authorized to sign for Mr.
                                   Peters on 02-06-13
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

O R D E R

Based upon the representations by counsel and the stipulation of the parties, **IT IS HEREBY ORDERED** that:

1. The Court finds good cause to extend the Preliminary Hearing in <u>United States v. Vera, et al.</u>, Mag. No. 2:13-mj-0021 EFB, from February 11, 2013, to February 19, 2013, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d); and

2. Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. 18 U.S.C. § 3161(h)(7)(A) and Local Code T4 applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial based upon the factors set forth in 18 U.S.C. § 3161(h)(7)(B)(iv). Accordingly, time under the Speedy Trial Act shall be excluded from February 11, 2013, up to and including February 19, 2013.

**IT IS SO ORDERED.**

DATE: February 7, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE